# CASTILLO STEPHENS & LLP

ATTORNEYS AT LAW
305 BROADWAY – SUITE 1200
NEW YORK, NY 10007
TEL: (212) 385-1400 – FAX: (212) 385-1401

RHADAMES A. ULLOA
FRANCISCO O. CASTILLO
RYAN J. WROBEL ∞
LOLA O. OGUNTUNDE ǂ*
GLENDOVAL J. STEPHENS ǂ

ǂ Of Counsel
*Also admitted in N.Y. & N.J.
∞ Also admitted in N.Y., Belize & Jamaica, W.I.

QUEENS OFFICE
108-25 Merrick Blvd. – 2nd Floor
Jamaica, NY 11433
Tel.: 718-262-0500
Fax: (718) 262-0550

October 16, 2015

Hon. Paul G. Gardephe
United Stated District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, NY 10007

Re:   **Status Letter, Settlement Reached**
      Alvarez et al v. C3R Mega Auto Diagnositc Inc. et al,   Dkt: 15-cv-3205

Your Honor:

The parties are pleased to inform the Court that we have reached an agreement settling all claims herein. We are in the process of preparing the necessary documentation to memorialize and give effect to the agreement. In light of this, the parties ask that the Court excuse our appearance at the next conference scheduled for October 22, 2015.

Sincerely,

Francisco Castillo, Esq.